AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*December 6, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Ryan Fredrick DILLE (1994 / USA) | ) |
| Travis Claytin WILDEMAN (2000 / USA) | ) |
| *Defendant(s)* | ) |

Case No.   7:25-mj-3369-1
-2

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 2, 2025_____ in the county of _____Hidalgo_____ in the _____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Hobbs Act Robbery |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA D. Walker

/s/ Eric Lerma

*Complainant's signature*

Eric Lerma / ATF Special Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date:  December 6, 2025 at 2:46 p.m.

City and state:     McAllen, Texas

*Judge's signature*

J. Scott Hacker, United States Magistrate Judge

*Printed name and title*

**ATTACHMENT A**

1. On December 2, 2025, the Weslaco Police Department (WPD) responded to the Vape City located at 1509 W. Business 83 in Weslaco, Texas, in reference to an aggravated robbery in progress. Upon arrival, WPD Officers encountered two masked men, later identified as Ryan Frederick DILLE and Travis Claytin WILDEMAN. Officers took both into custody.

2. Officers made contact with an employee of Vape City, who advised they heard the front door open and observed two masked men enter the store. They advised DILLE was pointing a firearm at him while giving commands to turn around and put his hands on his head. The employee advised DILLE made him take his cell phone out of his pocket and give it to him and the other male, WILDEMAN, began to take items from the store, including products from North Stellar Vape Company and Good Morels Caps Company. A review of surveillance footage revealed the below still image that corroborates the employee's report of events:



3. The employee advised that DILLE instructed him to the cash register and had him empty it out and place it in a plastic bag while aiming the firearm at him. A review of surveillance footage revealed the below still images that corroborate the employee's report of events:





4. DILLE and WILDEMAN were inside the store for approximately seven (7) minutes. WILDEMAN attempted to carry out a bag and container of stolen goods when Officers arrived on scene and took both into custody. DILLE was found in possession of a FN Reflex 9mm pistol bearing serial number CCW0032294. WILDEMAN was found in possession of a Sig Sauer P365 9mm pistol bearing serial number 66G159127. Both firearms were loaded.



5. Vape City is a commercial business located in Weslaco, Texas, that carries products from a variety of companies, including North Stellar Vape Company and Good Morels Caps Company. North Stellar Vape Company manufactures their products overseas in China, and therefore their product travels in interstate and foreign commerce. Good Morels Caps Company manufactures their products in California, and therefore their product travels in interstate commerce.